**Jerry L. BISHOP, Plaintiff–Appellant,**

v.

**PEPPERTREE RESORTS, LTD., a/k/a Equivest Resorts Incorporated, a/k/a Equivest Finance, a/k/a Equivest Financial, Incorporated, a/k/a Equivest, Respondent–Appellee.**

No. 02–2099.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided March 13, 2003.

Jerry L. Bishop, Appellant Pro Se. Earl Thomison Holman, Adams, Hendon, Carson, Crow & Saenger, P.A., Asheville, North Carolina, for Appellee.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jerry L. Bishop appeals the district court's orders accepting the recommendation of the magistrate judge and granting summary judgment to the Defendants in his age discrimination and retaliation suit and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bishop v. Peppertree Resorts, Ltd.,* 212 F.Supp.2d 518 (W.D.N.C.2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*